# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN ELVIN TURNER,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 74233

FILED

DEC 1 2 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING PETITION

This pro se petition was docketed in this court on October 17, 2017, without payment of the requisite filing fee. On that same day a notice was issued directing petitioner to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this petition. To date, petitioner has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: *Elizabeth A Brown*

cc:    John Elvin Turner
       Attorney General/Carson City
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-42732